**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF COLORADO; STATE OF MINNESOTA; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; JOSHUA DAVID SHAPIRO, Governor of Pennsylvania, in his official capacity as Governor of the Commonwealth of Pennsylvania; STATE OF WASHINGTON; STATE OF WISCONSIN; ANDY BESHEAR, Office of the Governor, in his official capacity as Governor of the Commonwealth of Kentucky; STATE OF OREGON; STATE OF MASSACHUSETTS, named as Commonwealth of Massachusetts, | No. 26-214 |

    Plaintiffs - Appellees,

 v.

UNITED STATES DEPARTMENT OF ENERGY; CHRIS WRIGHT, in his official capacity as Secretary of the U.S. Department of Energy,

    Defendants - Appellants.

**STIPULATION TO VOLUNTARY DISMISSAL OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties stipulate to voluntary dismissal of this appeal, with each party to bear its own costs and court fees on appeal.

1

Respectfully submitted,

LETITIA JAMES
*Attorney General*
*State of New York*

By: s/ Grace Zhou
GRACE ZHOU
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6160
grace.zhou@ag.ny.gov

PHILIP J. WEISER
*Attorney General*
*State of Colorado*
1300 Broadway, 10th Fl.
Denver, CO 80203

KEITH ELLISON
*Attorney General*
*State of Minnesota*
445 Minnesota Street, Ste. 1800
St. Paul, MN 55101

ROB BONTA
*Attorney General*
*State of California*
1300 I St.
Sacramento, CA 95814

AUGUST E. FLENTJE
s/ Jennifer L. Utrecht
JENNIFER L. UTRECHT
USDOJ Civil Division, Appellate Staff
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 353-9039
jennifer.l.utrecht@usdoj.gov

*Counsel for Defendants-Appellants*

MARCH 2026

2

WILLIAM TONG
  *Attorney General*
  *State of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street, 5th Floor
Wilmington, DE 19807

BRIAN L. SCHWALB
  *Attorney General*
  *District of Columbia*
400 6th Street NW, Suite 8100
Washington, DC 20001

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawai'i*
425 Queen Street
Honolulu, HI 96813

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
115 S LaSalle St.
35th Floor
Chicago, IL 60603

3

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

ANTHONY G. BROWN
  *Attorney General*
  *State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

DANA NESSEL
  *Attorney General*
  *State of Michigan*
525 W. Ottawa Street
Lansing, MI 48909

AARON D. FORD
  *Attorney General*
  *State of Nevada*
100 N. Carson St.
Carson City, NV 89701

RAÚL TORREZ
  *Attorney General*
  *State of New Mexico*
408 Galisteo Street
Santa Fe, NM 87501

JEFF JACKSON
  *Attorney General*
  *State of North Carolina*
114 W. Edenton St.
Raleigh, NC 27603

JOSH SHAPIRO
  *In his official Capacity as Governor of the Commonwealth of Pennsylvania*
Pennsylvania Office of the Governor
30 N. Third St., Suite 200
Harrisburg, PA 17101

NICHOLAS W. BROWN
  *Attorney General*
  *State of Washington*
7141 Cleanwater Drive SW
Olympia, WA 98504

JOSH KAUL
  *Attorney General*
  *State of Wisconsin*
17 West Main St.
Madison, WI 53703

ANDY BESHEAR
  *In his official capacity as Governor of the Commonwealth of Kentucky*
501 High Street, 2nd Floor
Frankfort, KY 40601

DAN RAYFIELD
  *Attorney General*
  *State of Oregon*
1162 Court St. N.E.
Salem, OR 97301

ANDREA JOY CAMPBELL
  *Attorney General*
  *Commonwealth of Massachusetts*
One Ashburton Place, 20th Floor

5

Boston, MA 02108

*Attorney for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this stipulation complies with Federal Rule of Appellate Procedure 27(d) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font, and contains 30 words, according to the count of Microsoft Word.

DATED: April 2, 2026.

/s/ Jennifer L. Utrecht
JENNIFER L. UTRECHT

*Attorney for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I filed the foregoing stipulation with the Court via CM/ECF. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

/s/ Jennifer L. Utrecht
JENNIFER L. UTRECHT